## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## ROCK HILL DIVISION

| | |
|---|---|
| Adreal Neco Gaston, an individual; and Kim Gaston, an individual,<br><br>        Plaintiffs,<br>v.<br><br>Charles Eugene McGill, Jr., an individual; DT Freight, LLC, a business entity; and P & S Transportation, LLC, a business entity,<br><br>        Defendants. | C.A. No. 0:21-cv-01393 -SAL<br><br>**PLAINTIFFS' IDENTIFICATION OF EXPERTS** |

COME NOW Plaintiffs, Adreal Neco Gaston, an individual; and Kim Gaston, an individual, and identify the following treating physician experts pursuant to the Federal Rules of Civil Procedure. Plaintiffs are providing a summary of the expected testimony of the experts.

Dr. Erik Bendiks is a treating orthopedic surgeon with Apex Orthopaedics, Spine & Neurology and was the surgeon who performed the neck surgery on Adreal Gaston. Dr. Bendiks will testify concerning his treatment and care of Adreal Gaston and the surgery performed on him. Dr. Bendiks will testify that all of Adreal Gaston's injuries, treatment and care and the need for surgery are related to the collision. Dr. Bendiks will testify concerning the future risks associated with Mr. Gaston's injuries and possible future complications and that this future riska and complications are related to the collision. Dr. Bendiks will testify concerning Mr. Gaston's future prognosis and all possible future treatment and care for his injuries. Dr. Bendiks may have other opinions reflected in the medical records produced to Defendants.

Dr. Angela Ashley-Caporale is a treating neurologist with Restoration Neurology who will testify concerning Mr. Gaston's brain injury and his related treatment and care. Dr. Ashley-Caporale will also testify that the brain injury is permanent and was caused by the collision. She will also testify about the future prognosis of Mr. Gaston and his future needs related to his brain injury and that these future needs are related to the collision. Dr. Ashley-Caporale may have other opinions that are contained in her medical records which have been produced to Defendants.

Dr. Nicholas Suite is a neurologist with Neurology, Diagnosis & Applied Solutions, Inc. who will testify concerning Mr. Gaston's brain injury and his related treatment and care. Dr. Suite will also testify that the brain injury is permanent and was caused by the collision. He will also testify about the future prognosis of Mr. Gaston and his future needs related to his brain injury and that these future needs are related to the collision. Dr. Suite may have other opinions that are contained in his report which have been produced to Defendants.

Dr. P. Jeffrey Ewert is a treating neurophychologist with Carolina Neurosciences who conducted neuropsych testing on Mr. Gaston and will testify concerning the neuropsych testing and conclusions from that testing. Dr. Ewert will testify that Mr. Gaston has cognitive deficits related to his brain injury and that these deficits were caused by the collision. Dr. Ewert may have other opinions that are contained in the medical records which have been produced to Defendants.

Barbara Schwartz-Thorne and AJ Johnson with Safeway Psychologist Services are treating psychologists for Mr. Gaston. Schwartz-Thorne and Johnson will testify that Mr. Gaston suffers from PTSD and other mental issues as a result of the collision. Schwartz-Thorne and

Johnson will testify concerning Mr. Gaston's treatment and care and his future prognosis for his PTSD and other mental issues. Schwartz-Thorne and Johnson may also have other opinions reflected in the medical records produced to Defendants.

Amy M. Combs Lane with Lane Psychological Therapy Services is a treating psychologist for Mr. Gaston. Lane will testify that Mr. Gaston suffers from PTSD and other mental issues as a result of the collision. Lane will testify concerning Mr. Gaston's treatment and care and his future prognosis for his PTSD and other mental issues. Lane may also have other opinions reflected in the medical records produced to Defendants.

This 21st day of July, 2023.

FRIED GOLDBERG LLC

s/ Michael L. Goldberg
**MICHAEL L. GOLDBERG**
FEDERAL BAR NO. 11144

Three Alliance Center
3550 Lenox Road, N.E.
Suite 1500
Atlanta, Georgia 30326
(404) 591-1800
Fax: (404) 591-1801
Email: michael@friedgoldberg.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that I electronically filed the foregoing **PLAINTIFFS' IDENTIFICATION OF EXPERT** with the Clerk of Court using the CM/ECF system, which will automatically send an e-mail notification of such filing to the following attorneys of record, who are ECF registrants:

Robert D. Moseley, Jr.
G. Thomas Chase
Moseley Marcinak Law Group LLP
4324 Wade Hampton Blvd, Suite B
Greenville, SC 29687

Kevin C. Corrigan
Schiller & Hamilton, LLC
P.O. Box 36365
Rock Hill, SC 29732

This 21st day of July, 2023.

**FRIED GOLDBERG LLC**

<u>s/ Michael L. Goldberg</u>
**MICHAEL L. GOLDBERG**
FEDERAL BAR NO. 11144