Exhibit C

Excerpts of Dr. de Holl

# In The Matter Of:
*Gaston v.*
*McGill, Jr., et al.*

*Douglas de Holl, MD*
*January 29, 2024*

*Regency-Brentano, Inc.*
*13 Corporate Square*
*Suite 140*
*Atlanta, Georgia 30329*
*404.321.3333*



REGENCY-BRENTANO, INC.
Certified Court Reporters

Min-U-Script® with Word Index

```
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF SOUTH CAROLINA
 2                     ROCK HILL DIVISION

 3

     ADREAL NECO GASTON, an         )
 4   individual; and KIM GASTON,    )
     an individual,                 )
 5        Plaintiffs,               )
                                    )
 6        -vs-                      ) CIVIL ACTION
                                    ) FILE NO.
 7   CHARLES EUGENE MCGILL, JR.,    ) 0:21-cv-01393-SAL
     an individual; DT FREIGHT,     )
 8   LLC, a business entity; and    )
     P & S TRANSPORTATION, LLC, a   )
 9   business entity,               )
          Defendants.               )
10

11

12            Deposition of P. DOUGLAS de HOLL, M.D.,

13   taken via Zoom videoconference, on behalf of the

14   Plaintiffs, pursuant to the stipulations contained

15   herein, reading and signing of the deposition being

16   waived, in accordance with the Federal Rules of

17   Civil Procedure, before Theresa B. Kramer,

18   Certified Court Reporter, on the 29th day of

19   January, 2024, commencing at the hour of 4:33 p.m.

20

21

22
     _____
23              REGENCY-BRENTANO, INC.
               CERTIFIED COURT REPORTERS
24           13 Corporate Square, Suite 140
                Atlanta, Georgia 30329
25                 (404) 321-3333
```

```
 1              APPEARANCES OF COUNSEL

 2   On behalf of the Plaintiffs:

 3       MICHAEL L. GOLDBERG, ESQ.
         Fried Goldberg, LLC
 4       Three Alliance Center
         3550 Lenox Road, N.E.
 5       Suite 1500
         Atlanta, Georgia  30326
 6       T:  (404) 591-1800
         E:   michael@friedgoldberg.com
 7

 8   On behalf of the Defendants:

 9       J. ALEX TIMMONS, ESQ.
         Moseley Marcinak Law Group, LLP
10       4324 Wade Hampton Boulevard
         Suite B
11       Greenville, South Carolina  29687
         T:  (864) 248-6042
12       E:   alex.timmons@momarlaw.com

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1  Q.  Now, it's your opinion that Mr. Gaston
2  may have had neck pain but did not need neck
3  surgery based on the imaging; correct?
4  A.  The imaging and the exam findings and the
5  opinion of the two other surgeons that saw him that
6  said he was not a surgical candidate.
7  Q.  All right.  And what are the specific
8  exam findings that you believe indicate that he was
9  not a surgical candidate?
10  A.  Well, the exams that are in the records
11  from Dr. Cheatle, Dr. Darden, and Dr. Bendiks, just
12  prior to his surgery were he had normal reflexes,
13  he had normal sensation, he had normal motor
14  strength.  And his complaints were diminished range
15  of motion and tenderness.
16  Q.  Did Mr. Gaston complain of radiating
17  pain?
18  A.  He had no radicular findings on exam that
19  I saw in the record.
20  Q.  When you say radicular findings on the
21  exam, would that be different than the --
22  A.  Sensory -- sensory complaints.  Sensory
23  changes, motor changes, reflex changes.
24  Q.  Well, my question is:  Was Mr. Gaston
25  complaining of radiating pain, you know, into his